Submitted on record and briefs June 30, affirmed July 21,
reconsideration denied August 20, petition for review denied
September 3, 1975

WRIGHT, *Petitioner, v.* SECRETARY OF STATE,
*Respondent.*

537 P2d 1174

Robert J. Wright, Noti, pro se, petitioner.

Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem, for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

### FOLEY, J.

On review, we are satisfied that there were no procedural errors in the instances complained of by petitioner. Petitioner received an in-kind contribution of $68 which he failed to report as required by ORS 260.072(1)(b) within 30 days after the date of a primary election in which petitioner was a candidate for a salaried office. The 30-day statement was ultimately filed eight days after the deadline. These facts support the $50 civil penalty imposed pursuant to ORS 260.227.

Affirmed.